# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0718
Lower Tribunal No. 23-2631-CA-01
_____

**Leigh Allison Pollack,**
Appellant,

vs.

**Villas Margarita Condominium Association, Inc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

The McKee Law Group, LLC, and Robert J. McKee (Davie), for appellant.

GrayRobinson, P.A., and Jack R. Reiter and Eric Yesner, for appellees Villas Margarita Condominium Association, Inc., and South Florida Condominium Management, Inc.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.